# United States Court of Appeals for the Fifth Circuit

---

No. 20-20237

---

Vitol, Incorporated,

*Plaintiff—Appellant*,

*versus*

United States of America,

*Defendant—Appellee.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:18-CV-2275

---

ON PETITION FOR REHEARING EN BANC

Before King, Elrod, and Willett, *Circuit Judges*.

Per Curiam:

Treating the petition for rehearing en banc as a petition for panel rehearing (5th Cir. R. 35 I.O.P.), the petition for panel rehearing is DENIED. The petition for rehearing en banc is DENIED because, at the request of one of its members, the court was polled and a majority did not vote in favor of rehearing (Fed. R. App. P. 35 and 5th Cir. R. 35).

In the en banc poll, six judges voted in favor of rehearing (Judges Jones, Smith, Elrod, Ho, Engelhardt, and Oldham), and eleven voted against

rehearing (Chief Judge Richman and Judges Stewart, Dennis, Southwick, Haynes, Graves, Higginson, Costa, Willett, Duncan, and Wilson).